COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-275-CV

NO. 2-07-276-CV

 

 

IN
THE MATTER OF P.R.G.                                                                    

 

                                               ----------

          FROM
COUNTY COURT AT LAW NO. 1 OF WICHITA COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s motion
to dismiss the appeal.  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the  appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

 

PER CURIAM

 

PANEL A:  DAUPHINOT, J.; CAYCE, C.J.; and WALKER, J.

 

DELIVERED:  September 27, 2007











[1]See Tex. R. App. P. 47.4.